IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARIA SANCHEZ, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NEW ERA ENTERPRISES, INC. and NEW ERA LIFE INSURANCE COMPANY,<br><br>    Defendants. | Case No. 4:25-cv-00732 |

**PLAINTIFF'S MOTION TO CONTINUE INITIAL
PRETRIAL AND SCHEDULING CONFERENCE**

Plaintiff Maria Sanchez respectfully moves the Court to continue the Initial Pre Trial and Scheduling Conference set for April 2, 2025 at 3:30 PM (Dkt. No. 5) to allow sufficient time for Defendant to appear and for the parties to meet and confer and jointly propose a case schedule and discovery plan. Plaintiff filed her complaint on February 19, 2025 and Defendant executed the Waiver of Service of Summons on February 28, 2025 making its deadline to answer or otherwise respond to the Complaint on or before April 29, 2025. Dkt. No. 9. As Defendant has not formally appeared in the action, Plaintiff believes it would be premature to propose a case management schedule and discovery plan to the Court prior to Defendant's formal appearance and without conferring with Defendant regarding same. Accordingly, Plaintiff respectfully requests that the Court continue the Initial Status Conference until fourteen (14) days following Defendant's deadline to answer or otherwise respond to the Complaint or as soon thereafter as the Court may accommodate.

Dated: March 19, 2025	Respectfully Submitted,

/s/ *Joe Kendall*
JOE KENDALL
Texas Bar No. 11260700
S.D. Tex. Bar No. 30973
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek Blvd., Suite 825
Dallas, Texas 75219
214-744-3000
214-744-3015 (Facsimile)
jkendall@kendalllawgroup.com

John J. Nelson*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
Email: jnelson@milberg.com

Jeff Ostrow*
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-332-4200
ostrow@kolawyers.com

*Attorneys for Plaintiff and The Proposed Class*

**Pro Hac Vice application forthcoming*

## CERTIFICATE OF CONFERNCE

As Defendant has not yet appeared in the action, counsel for Plaintiff has been unable to obtain the Defendant's position on the issues in this motion.

/s/ *Joe Kendall*
JOE KENDALL

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served upon its filing via this Court's CM/ECF system on this 19th day of March, 2025, to all counsel of record.

                                              */s/ Joe Kendall*
                                              JOE KENDALL