United States District Court
Southern District of Texas
**ENTERED**
May 09, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| | § | |
| | § | |
| *In New Era Enterprises, Inc.* | § | Civil Action No. 4:25-cv-00732 |
| *Data Incident Litigation* | § | |
| | § | |
| | § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CONTINUE JOINT DISCOVERY/CASE MANAGEMENT PLAN DEADLINE AND INITIAL PRE TRIAL AND SCHEDULING CONFERENCE

Defendants' Unopposed Motion to Continue the deadline for the Joint Discovery/Case Management Plan and Initial Pretrial And Scheduling Conference is granted. The Initial Pretrial and Scheduling Conference is continued to August 1, 2025, at 9:00 a.m. The parties are to file a Joint Discovery/Case-Management Plan on or before July 25, 2025.

Signed May 9, 2025.

_____
Hon. Lee H. Rosenthal
Senior United States District Judge