**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE NEW ERA ENTERPRISES, INC. DATA INCIDENT LITIGATION

Case No. 4:25-cv-00732

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Maria Sanchez, Ernest Williams, Ebony White, Steven Stapp, Timothy Kirker, Edward Roberts, Christine Roberts, and Laila Roberts (together "Plaintiffs"), pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismiss this action against Defendants New Era Enterprises, Inc., and Philadelphia American Insurance Company (together "Defendants") without prejudice.

Dated:  May 22, 2026

Respectfully submitted,

*/s/John J. Nelson*
John J. Nelson*
**MILBERG, PLLC**
280 S. Beverly Drive-Penthouse Suite
Beverly Hills, CA 90212
Tel: (858) 209-6941
jnelson@milberg.com

Joe Kendall
Texas Bar No. 11260700
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
214-744-3000
214-744-3015 (Facsimile)
jkendall@kendalllawgroup.com

Jeff Ostrow*
**KOPELOWITZ OSTROW P.A.**

One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-332-4200
ostrow@kolawyers.com

Leigh S. Montgomery
**EKSM, LLP**
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455 lmontgomery@eksm.com

A. Brooke Murphy*
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Telephone: (405) 389-4989
abm@murphylegalfirm.com

William B. Federman*
Tanner R. Hilton*
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
4131 North Central Expressway, Suite 900
Dallas, Texas 75204
wbf@federmanlaw.com
trh@federmanlaw.com

Marc H. Edelson*
**EDELSON LECHTZIN LLP**
411 S. State Street
Suite N300
Newtown, PA 18940
Telephone: (215) 867-2399
medelson@edelson-law.com

Mark S. Reich
Melissa G. Meyer
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel.: (212) 363-7500
Email: mreich@zlk.com
Email: mmeyer@zlk.com

John Heenan*
**HEENAN & COOK**
1631 Zimmerman Trail
Billings, Montana 59102
(406) 839-9091
john@lawmontana.com

Raph Graybill*
**GRAYBILL LAW FIRM, P.C.**
300 4th Street North
Great Falls, MT 59403
(406) 452-8566
raph@graybilllawfirm.com

*Pro Hac Vice admitted*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 22, 2026 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/John J. Nelson*
John J. Nelson*
**MILBERG, PLLC**
280 S. Beverly Drive-Penthouse Suite
Beverly Hills, CA 90212
Tel: (858) 209-6941
jnelson@milberg.com